1
2
3
4
5
6
7

8                           UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10                                  EASTERN DIVISION

11   SHIRLEY M. SMITH,                    )
                                          )
12              Plaintiff,                )        Case  No. EDCV 07-01129  AJW
                                          )
13          v.                            )        J U D G M E N T
                                          )
14   MICHAEL J. ASTRUE,                   )
     Commissioner of the Social           )
15   Security Administration,             )
                                          )
16              Defendant.                )
     _____)

17          **IT IS ADJUDGED** that the Commissioner's decision is reversed, and this case is remanded for

18   further administrative proceedings consistent with the memorandum of decision filed concurrently herewith.

19   DATED:  May 9, 2008

20

21                                    _____
                                                    /s/
22                                    ANDREW J. WISTRICH
                                      United States Magistrate Judge

23

24

25

26

27

28