1  STUART BARASCH
California Bar #74108
2  915 - 41st Street, Suite 102
Miami Beach, FL 33140-3337
3  Tel. (800) 445-2930
Fax (213) 621-7622
4  email: sblawoffice@aol.com

5  Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
- Eastern Division -

| SHIRLEY M. SMITH, | Case No. ED CV-07-01129 (AJW) |
|---|---|
| Plaintiff, | ORDER ON STIPULATION AWARDING EAJA FEES |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on the parties' Stipulation for the Award and Payment of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and for cause shown, IT IS ORDERED, that the counsel for plaintiff, as assignee of plaintiff, be awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount of Five Thousand, Eight-Hundred and Eighteen dollars and no cents ($5,818.00) (the agreed amount). Payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

In Los Angeles, California, this 3rd day of February, 2009.

/ s /
ANDREW J. WISTRICH
UNITED STATES MAGISTRATE JUDGE